# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | **Case No. 2:13-cr-00445-GMN-PAL-3** |
| Plaintiff, ) | |
| vs. ) | **ORDER FOR PREPARATION** |
| ) | **OF A PRE-PLEA REPORT** |
| MARCO ANTONIO PALACIOS, ) | **(ECF No. 76)** |
| ) | |
| Defendant. ) | |
| _____ ) | |

Before the Court is Defendant's Motion for a Pre-Plea Presentence Report (ECF No. 76) filed on October 14, 2014.

Based on said motion and good cause appearing therefore, the Court hereby GRANTS Defendant's Motion, in part.  Accordingly,

**IT IS HEREBY ORDERED** that a Pre-Plea Report (rather than a Pre-Plea Presentence Report, as Defendant's Motion requests) shall be prepared by the United States Probation Office no later than sixty (60) days from the date of entry of this Order.

**IT IS FURTHER ORDERED** that the Pre-Plea Report should include any and all information pertaining to Defendant's criminal history in order to assist Defendant's counsel in determining whether a plea is in the Defendant's best interest, as well as Defendant's potential sentence and eligibility for safety valve treatment.

**IT IS FURTHER ORDERED** that Defendant, together with his counsel, shall make himself available for any interview necessary to accomplish the preparation of the Pre-Plea Report.

**DATED** this 21st day of October, 2014.

_____
Gloria M. Navarro, Chief Judge
United States District Court